UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 19-CR-10180-LTS |
| | ) | |
| | ) | |
| JONATHAN BERMUDEZ | ) | |

**ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE**

    The defendant, Jonathan Bermudez, respectfully requests that the Court modify his conditions of release to allow him to leave the home on Wednesday, March 24, 2021 from 11 AM to 5 PM so that he can get married. Mr. Bermudez intends to marry his long-time girlfriend on that date in Chelmsford, MA with family present. The government, through Assistant United States Attorney Philip Cheng, assents to this request. Probation, through Mr. Bermudez's supervising officer Benjamin Miller, also assents.

                                                      Respectfully submitted,
                                                      JONATHAN BERMUDEZ,
                                                      By His Attorney,

                                                     */s/ Jane F. Peachy*
                                                     Jane F. Peachy, B.B.O.#661394
                                                     Federal Public Defender Office
                                                     51 Sleeper Street, 5th Floor
                                                     Boston, MA 02210
                                                     Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Jane F. Peachy, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on March 19, 2021.

                                                     */s/ Jane F. Peachy*
                                                     Jane F. Peachy